**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                      Case No. _____

RIVERA ORTIZ, EDUARDO_____   Chapter **13**_____
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/10/2015**                                    ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                       Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **450.00** x **12** = $ **5,400.00** |
| $ **525.00** x **12** = $ **6,300.00** |
| $ **625.00** x **36** = $ **22,500.00** |
| $ _____ x _____ = $ _____ |
| $ _____ x _____ = $ _____ |

                                   TOTAL: $ **34,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

                   PROPOSED BASE: $ **34,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,710.00**

Signed: **/s/ EDUARDO RIVERA ORTIZ**
              Debtor

              _____
              Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**  Cr. _____  Cr. _____
   # **812070068**           # _____   # _____
   $ **10,000.00**           $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **TOYOTA FINANCIAL**  Cr. _____  Cr. _____
   # **7040406144919**        # _____   # _____
   $ **12,766.00**            $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
   # _____   # _____   # _____
   $ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
   # _____   # _____   # _____
   $ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY THE AMOUNT OF $100 TO TOYOTA FINANCIAL AS ADEQUATE PROTECTION PAYMENT FROM FILING OF THE PROOF OF CLAIM UNTIL CONFIRMATION OF PLAN. UPON CONFIRMATION OF PLAN THE TRUSTEE WILL PAY THE ATTORNEY FEES BEFORE ANY OTHER CREDITOR**

**DEBTOR WILL PROVIDE INSURANCE FOR AUTO WITH TOYOTA CREDIT UPON MATURITY DATE THROUGH EASTERN AMERICAN INSURANCE AND IT WILL BE PAID BY TRUSTEE**

Attorney for Debtor **Victor Thomas Santiago**_____   Phone: **(787) 722-5601**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only